# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 01:06CR00151-1 |
| Eric Hayes | ) | USM No. 08387-028 |
| 04/06/2007 | | Sara Varner |
| Date of Previous Judgment | | Defendant's Attorney |

**Order for Sentence Reduction Pursuant to Section 404 of the First Step Act of 2018**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☑ the attorney for the Government, or ☐ the Court for a reduced sentence based on the statutory penalties which were modified by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time defendant's offense was committed. Having considered such motion, and taking into account the First Step Act of 2018,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 120 months (Ct. 1) **is reduced to** 78 months (Ct. 1).

**I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:**
Previous Sentence Imposed: 120 months (Ct. 1)    Amended Sentence: 78 months (Ct. 1)
Previous Supervised Release Term Imposed: 5 years    Amended Supervised Release Term: 4 years
Previous Underlying Sentence Imposed:    Amended Underlying Sentence:

**II. SENTENCE RELATIVE TO AMENDED TERMS:**

☑ Conditions of supervised release set forth in judgment are to remain in effect.
☐ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:

**III. ADDITIONAL COMMENTS:**


Except as provided above, all provisions of the judgment dated 04/06/2007 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 2/25/2019

_____
Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana

A CERTIFIED TRUE COPY
**Laura A. Briggs, Clerk**
U.S. District Court
Southern District of Indiana

By _____
Deputy Clerk